## DICKERSON *v.* DOWNS.

Fish, J.   After an execution which was proceeding for certain amounts as principal and costs had been returned to court fully satisfied, it could not be then amended by an insertion therein by the clerk of additional costs, as witness fees, and proceed for the same.

*Judgment affirmed.   All the Justices concurring.*

Submitted May 10, —Decided June 7, 1899.

Illegality.　Before Judge Butt.　Marion superior court. April term, 1898.

*Simeon Blue*, by *J. A. Noyes*, for plaintiff.